# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

RAY ANTHONY WOODSON, SR.                                                     PLAINTIFF

v.                                   4:11CV00805-JJV

WINTERS, Ms., LPN
Faulkner County Jail; *et al.*                                             DEFENDANTS

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 12th day of February, 2013.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE